```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 03063
   CORDELL KING
   TARA KING                              CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-3227    SSN XXX-XX-4069
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/12/08 and confirmed on 05/21/08.

    2.  The case was dismissed after confirmation, 09/05/2008.

    3.  The Debtor paid a total of $   1566.90 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| ACTIVITY COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| AMERICARECOV | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FAMILY | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT SOLUTIONS CORP | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT BUREAU ACCOUNT | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GENESIS FINANCIAL SOLUTI | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| LIVING SCRIPTURES | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| MONTEREY FINANCIAL SVC | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR CAS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| STATE COLLECTION SRV | UNSECURED | NOT FILED | .00 | .00 |
| STATE COLLECTION SRV | UNSECURED | NOT FILED | .00 | .00 |
| TAX RFND SOL | UNSECURED | NOT FILED | .00 | .00 |
| TAX RFND SOL | UNSECURED | NOT FILED | .00 | .00 |
| TEX COLLECT | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:

```
                    SECURED      PRIORITY   UNSECURED       OTHER         TOTAL
TOTAL CLMS ALLOWED      .00           .00         .00          .00           .00
PRINCIPAL PAID          .00           .00         .00          .00           .00
INTEREST PAID           .00           .00         .00          .00           .00
TOTAL PAID              .00           .00         .00          .00           .00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC         , was allowed $    3500.00
and was paid $     151.00  direct and $    1476.02   through the plan.

The Trustee received $       90.88 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE